1  BILL ROBINS III (SBN: 296101)
   *robins@heardrobins.com*
2  OLGA VINER (SBN: 282423)
   *oviner@heardrobins.com*
3  HEARD ROBINS CLOUD LLP
   808 Wilshire Blvd., Suite 450
4  Santa Monica, CA 90401
   Telephone: (310) 929-4200
5  Facsimile: (310) 566-5900

6  ALEXANDER G. CALFO (SBN: 152891)
   *Alexander.calfo@btlaw.com*
7  GABRIELLE J. ANDERSON-THOMPSON
   *Gabrielle.anderson-thompson@btlaw.com*
8  SARAH E. JOHNSTON (SBN: 259504)
   *Sarah.johnston@btlaw.com*
9  BARNES & THORNBURG LLP
   2029 Century Park East, Suite 300
10 Los Angeles, CA 90067
   Telephone: (310) 284-3880
11 Facsimile: (310) 284-3894

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI LYNN STREET, | Case No. 3:15-cv-00175-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHNSON & JOHNSON, et al., | *[Filed concurrently with Declaration of Bill Robins III]* |
| Defendants. | *[Assigned to the Hon. Vince Chhabria]* |

CASE NO. 3:15-cv-00175-VC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  IT IS SO STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES
2  THAT:

3  1. A Case Management Conference has been set for April 21, 2015, at 10:00 a.m., in
4  Courtroom 4 of the above-entitled Court, in the following cases:

5  • *Lori Lynn Street v. Johnson & Johnson, et al.*, Case No.: 3:15-cv-00175-VC[1];
6  • *Sheila Ellis v. Johnson & Johnson, et al.*, Case No.: 3:14-cv-05669-VC;
7  • *Windy Garland v. Johnson & Johnson, et al.*, Case No.: 3:14-cv-05440-VC; and
8  • *Donna Pritchard v. Johnson & Johnson, et al.*, Case No.: 3:14-cv-05593-VC.

9  2. Lead counsel for Plaintiff, Lori Lynn Street, Bill Robins III, is scheduled to be on
10 vacation from April 20, 2015 to May 1, 2015 and seeks to continue the Case Management
11 Conference so that he may appear in person.

12 3. The parties agree that the Initial Case Management Conference currently set for
13 April 21, 2015, at 10:00 a.m., shall be continued to May 5, 2015, at 10:00 a.m., or at the next
14 available date that is convenient for the Court.

15 4. No later than seven calendar days before the Case Management Conference, the
16 parties shall file a Joint Case Management Statement and Proposed Case Management Order in
17 conformity with the Standing Order for All Judges of the Northern District of California. The
18 parties should also consult the Court's standing orders before filing the Case Management
19 Statement.

20 IT IS SO STIPULATED.

21 Dated:  April 1, 2015        **HEARD ROBINS CLOUD LLP**

24                              By: /s/ Bill Robins III
25                                  Bill Robins III
                                    Attorneys for Plaintiff

---

[1] The instant Stipulation applies to the *Street* action, but identical Stipulations will be filed in all four actions.

- 2 -                                       CASE NO. 3:15-cv-00175-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated:  April 1, 2015          **BARNES & THORNBURG LLP**

By: /s/ Sarah E. Johnston
    Sarah E. Johnston
    Attorneys for Defendants

## [PROPOSED] ORDER

Having read and considered the Parties' Stipulation to Continue Case Management Conference and accompanying Declaration of Bill Robins III,

PURSUANT TO STIPULATION, the Court hereby resets the Initial Case Management Conference to  May 5 , 2015 at  10:00 a.m.  in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS FURTHER ORDERED that no later than 7 calendar days before the Initial Case Management Conference, the parties shall file a Joint Case Management Statement and Proposed Case Management Order in conformity with the Standing Order for All Judges of the Northern District of California. The parties should also consult Judge Chhabria's standing orders before filing the Case Management Statement.

Dated:  April 3 , 2015

The Honorable Vince Chhabria
United States District Court Judge